# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAWN SCHWARTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-16-270-R |
| | ) |
| AMERICAN AIRLINS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court pursuant to the Order entered April 28, 2016 directing Plaintiff to enter an appearance *pro* se or through counsel within 20 days. Further, on June 28, 2016, the Court entered a show cause order directing Plaintiff to show cause for failure to prosecute this action within 15 days. As of this date, Plaintiff has not responded to either order. Therefore, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of July, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE